1  **SAMAN BEHNAM, ESQ., (SBN: 195310)**
   **LAW OFFICES OF SAMAN BEHNAM**
2  **A PROFESSIONAL LAW CORPORATION**
   **SOVEREIGN BUILDING**
3  354 West Ocean Boulevard. Suite 101
   Long Beach, CA 90802                                    JS-6
4
   Tel:   562-436-1500
5  Fax:   562-436-1501

6  Attorney for Defendant, Third-Party Plaintiff
   **HARRY GROUP, dba JMKC EXPRESS,** and
7  Cross-Defendant **THOMAS VILLARDI**

8              **IN THE UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT**

10

11 **CNH AMERICA, LLC**,            )
                                     )
12          Plaintiff,               )
                                     )
13     vs.                           )
                                     )
14 **HARRY GROUP, INC., dba JMKC**   )        **CIVIL CASE NO:**
   **EXPRESS**,                      )
15                                   )        **CV-13-02864-MWF (Ex)**
            Defendants.              )
16 _____ )        ~~**PROPOSED**~~ **ORDER RE:**
                                     )        **STIPULATION BETWEEN**
17 **HARRY GROUP, INC., dba JMKC**   )        **REMAINING PARTIES TO**
   **EXPRESS**,                      )        **DISMISS WITHOUT PREJUDICE**
                                     )
18          Third-Party Plaintiff,   )
                                     )
19     vs.                           )
                                     )
20 **FREDERICK H. JOHRING**, an      )
   individual, **GOLDEN STATE**      )
21 **LOGISTICS, INC.**, a California )
   Corporation, **GOLDEN STATE**     )
22 **EXPRESS, INC.**, a California Corporation )
   and **ROES 1 through 100**, inclusive, )
23                                   )
            Third-Party Defendants.  )
24 _____ )
                                     )
25 **CONTINUED, NEXT PAGE**          )
                                     )
26 _____ )

27 //

28 //

| | |
|---|---|
| **FREDERICK H. JOHRING**, an individual, **GOLDEN STATE LOGISTICS, INC.**, a California Corporation,<br><br>        Cross-Claimants,<br><br>vs.<br><br>**HARRY GROUP, INC.**, dba **JMKC EXPRESS, THOMAS VILLARDI**, an individual,<br><br>        Cross-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## O-R-D-E-R

The parties having stipulated by and through their counsel of record, the court having been duly informed in the premises and good cause appearing,

**IT IS ORDERED THAT**:

*The within matter shall be dismissed without prejudice from the United States District Court, Central District of California.*

Dated:   January 15, 2014

_____
**JUDGE OF THE FEDERAL DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**